## Mershon Estate.

Argued April 20, 1950. Before DREW, C. J., STERN, STEARNE, JONES and BELL, JJ.

*Robert C. Kitchen,* for appellants.

*Boyd Lee Spahr,* with him *H. Ober Hess* and *Ballard, Spahr, Andrews & Ingersoll,* for appellees.

OPINION PER CURIAM, May 22, 1950:

The decree of the court below is affirmed on the opinion of Judge KLEIN, at the cost of appellants.